IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 7 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

MICHAEL L. BROWN,                          )
      Plaintiff,                          )          Civil Action No.7:06-cv-00518
                            )
v.                                         )          **ORDER**
                            )
Y. TAYLOR,                                 )          By: Hon. James C. Turk
      Defendant.                          )          Senior United States District Judge

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion to proceed in forma pauperis without prepayment of the filing fee shall be and

hereby is **DENIED**; the action is hereby **STAYED**; and if plaintiff does not prepay the $350.00

filing fee for this action within ten (10) business days from the date of this order, the action will be

**DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g).

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to the plaintiff and to counsel of record for the defendant.

ENTER: This _7th_ day of September, 2006.

_James C. Turk_
Senior United States District Judge